UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LaTonya C. Moore,

Plaintiff,

v.                                        Civil Action No.    **10 0287**

United States of America,

Defendant.

## MEMORANDUM OPINION

Plaintiff LaTonya C. Moore has filed an application to proceed in forma pauperis and a pro se complaint. The application will be granted and the complaint will be dismissed.

The plaintiff has filed a complaint that alleges that "the Tucker and Small child's families attacked my 3 children and I viciously using federal government law enforcement equipment, God, and premeditated murder plans and hate crimes." Compl. at 1 (punctuation and spelling altered for readability). It further alleges that "law enforcement officers and military officers, personal in federal and local government [have] arranged for my family to lose housing, material possessions, memories, money, education, music, religion." *Id.* at 1-2. As relief, the complaint seeks "863 billion dollars [and] the family prosecuted [to the] fullest extent of [the] law." Compl. at 4.

While complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), even *pro se* complaints must meet minimum the standards set by the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil

Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer and an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). As drafted, this complaint does not identify a claim, establish this court's subject matter jurisdiction over the defendant, a sovereign, or provide the defendant with notice of the factual allegations against it. Accordingly, the complaint will be dismissed without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.

A separate order accompanies this memorandum opinion.

Date: 2/7/09

United States District Judge